**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 535 MAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
BRIAN D. KOZAK, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.